Charles M. Lizza
William C. Baton
Sarah A. Sullivan
SAUL EWING LLP
One Riverfront Plaza, Suite 1520
Newark, NJ 07102
(973) 286-6700

*Attorneys for Plaintiffs*
*Sumitomo Dainippon Pharma Co., Ltd. and*
*Sunovion Pharmaceuticals Inc.*

*Of Counsel:*

Joseph M. O'Malley, Jr.
Preston K. Ratliff II
Bruce M. Wexler
PAUL HASTINGS LLP
75 East 55th Street
New York, NY 10022
(212) 318-6000

*Attorneys for Plaintiffs*
*Sumitomo Dainippon Pharma Co., Ltd. and*
*Sunovion Pharmaceuticals Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

**SUMITOMO DAINIPPON PHARMA CO., LTD. and SUNOVION PHARMACEUTICALS INC.,**

**Plaintiffs,**

**v.**

**TEVA PHARMACEUTICALS USA, INC. and TEVA PHARMACEUTICAL INDUSTRIES, LTD.,**

**Defendants.**

**Civil Action No. 15-6401 (SRC)(CLW)**

**SUMITOMO DAINIPPON PHARMA CO., LTD. AND SUNOVION PHARMACEUTICALS INC.'S REPLY TO DEFENDANT'S ANSWER AND COUNTERCLAIMS**

**(Filed Electronically)**

Plaintiffs Sumitomo Dainippon Pharma Co., Ltd. and Sunovion Pharmaceuticals Inc. (collectively, "Sunovion" or "Plaintiffs"), by their undersigned attorneys, hereby reply to the numbered paragraphs of the counterclaims set forth in Defendant Teva Pharmaceuticals USA, Inc.'s (hereinafter "Teva USA") October 2, 2015 "Answer and Counterclaims of Defendant Teva Pharmaceuticals USA, Inc. to the Complaint" (hereinafter, "Teva USA's Counterclaims") as follows:

## COUNTERCLAIMS

### PARTIES

1. Sunovion admits the allegations of counterclaim paragraph 1 upon information and belief.

2. Sunovion admits the allegations of counterclaim paragraph 2.

3. Sunovion admits the allegations of counterclaim paragraph 3.

### JURISDICTION AND VENUE

4. Sunovion admits that this Court has jurisdiction over the subject matter of Sunovion's action and Teva USA's Counterclaims. Except as admitted, Sunovion denies the allegations of counterclaim paragraph 4.

5. Sunovion admits that this Court has personal jurisdiction over it for the purposes of this litigation. Except as admitted, Sunovion denies the allegations of counterclaim paragraph 5.

6. Sunovion admits that venue is proper before this Court. Except as admitted, Sunovion denies the allegations of counterclaim paragraph 6.

## BACKGROUND

7. Sunovion admits that Sunovion Pharmaceuticals Inc. holds approved New Drug Application No. 200603, under which the FDA granted approval for 20 mg, 40 mg, 60 mg, 80 mg, and 120 mg lurasidone hydrochloride tablets marketed in the United States under the trade name LATUDA®, which is indicated for the treatment of schizophrenia and for the treatment of depressive episodes associated with Bipolar I Disorder (bipolar depression), as monotherapy and as adjunctive therapy with lithium or valproate. Except as admitted, Sunovion denies the allegations of counterclaim paragraph 7.

8. Sunovion admits that U.S. Patent No. 5,532,372 ("the '372 patent") was duly and legally issued by the United States Patent and Trademark Office on July 2, 1996.

9. Sunovion admits that Sumitomo Dainippon Pharma Co., Ltd. owns the '372 patent.

10. Sunovion admits the '372 patent is listed in the Orange Book for LATUDA®.

11. Sunovion admits that Teva USA submitted ANDA No. 208060 to the FDA seeking approval to market 20 mg, 40 mg, 60 mg, 80 mg, and 120 mg lurasidone hydrochloride tablets in the United States. Sunovion admits that Teva USA represented in its Notice Letter that Teva USA's ANDA No. 208060 included a certification under 21 U.S.C. § 355(j)(2)(A)(vii)(IV) ("Paragraph IV certification") alleging that the '372 patent will not be infringed by Teva USA's ANDA Products, and/or that the claims of the '372 patent are invalid. Except as admitted, Sunovion denies the allegations of counterclaim paragraph 11.

12. Sunovion admits that it received Teva USA's Notice Letter to Sunovion on or about July 14, 2015.

13. Sunovion admits that a present, genuine, justiciable controversy exists between Teva USA and Sunovion regarding the ’372 patent. Sunovion further states that by seeking approval of ANDA No. 208060 to engage in the commercial manufacture, use, sale, or offer for sale within the United States, or importation into the United States, of generic 20 mg, 40 mg, 60 mg, 80 mg, and 120 mg lurasidone hydrochloride tablets prior to the expiration of the ’372 patent, Teva USA has infringed the ’372 patent under 35 U.S.C. § 271(e)(2)(A). Except as admitted, Sunovion denies the allegations of counterclaim paragraph 13.

**FIRST COUNTERCLAIM**
**(Declaratory Judgment of Invalidity of the ’372 patent)**

14. Sunovion incorporates by reference the paragraphs of its Complaint and its responses to counterclaim paragraphs 1-13 of Teva USA’s Counterclaims as if fully set forth herein.

15. Sunovion denies the allegations of counterclaim paragraph 15.

**SECOND COUNTERCLAIM**
**(Declaratory Judgment of Non-Infringement of the ’372 patent)**

16. Sunovion incorporates by reference the paragraphs of its Complaint and its responses to counterclaim paragraphs 1-15 of Teva USA’s Counterclaims as if fully set forth herein

17. Sunovion denies the allegations of counterclaim paragraph 17.

**PRAYER FOR RELIEF**

Sunovion denies that Teva USA is entitled to any of the requested relief.

* * *

Sunovion denies each and every allegation of the affirmative defenses and counterclaims not expressly admitted or otherwise responded to above.

Dated: October 23, 2015

Respectfully submitted,

By: s/ Charles M. Lizza

Charles M. Lizza
William C. Baton
Sarah A. Sullivan
SAUL EWING LLP
One Riverfront Plaza, Suite 1520
Newark, NJ 07102-5426
(973) 286-6700

*Of Counsel:*

Joseph M. O'Malley, Jr.
Preston K. Ratliff II
Bruce M. Wexler
PAUL HASTINGS LLP
75 East 55th Street
New York, NY 10022
(212) 318-6000

*Attorneys for Plaintiffs*
*Sumitomo Dainippon Pharma Co., Ltd. and*
*Sunovion Pharmaceuticals Inc.*